IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAL HOLZER, | § § § § | |
| Plaintiff, | | |
| v. | § § | 1:24-CV-1131-RP |
| BUMBLE, INC., et al., | § § § § § | |
| Defendants. | | |

## **ORDER**

The Court has considered the Parties' Agreed Joint Motion to Extend Time for Defendants to Respond to Complaint. The Court finds that the Motion will be granted.

**IT IS ORDERED** that the Defendants need not respond to the Complaint except to the extent set forth below;

**IT IS FURTHER ORDERED** that within 20 days after this Court appoints a Lead Plaintiff(s), Defendants and the Lead Plaintiff(s) shall meet and confer to discuss a schedule for the filing by Lead Plaintiff of an amended or consolidated complaint or the designation of an operative complaint, and Defendants' time to respond to the operative complaint. Lead Plaintiff(s) and Defendants shall then propose a schedule to the Court for the filing of the consolidated or amended complaint, if any, and Defendants' response to the then-operative live complaint in this action; and

**IT IS FINALLY ORDERED** that each Defendant waives service of the Summons and Complaint in this action and any defenses based upon the sufficiency of service of process, provided, however, that Defendants reserve the right to assert any other defense or procedure, including but not limited to lack of personal or subject matter jurisdiction, lack of standing, improper venue, or a defendant having been improperly named.

**SIGNED** on November 1, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE