UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAL HOLZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE INC., LIDIANE JONES, WHITNEY WOLFE HERD, and ANURADHA B. SUBRAMANIAN,<br><br>Defendants. | Case No. 1:24-cv-01131-RP |

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On November 25, 2024, Stephen Joffe ("Joffe") filed a motion, pursuant Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Joffe as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Bumble Inc. securities between November 7, 2023 and August 7, 2024, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.  Dkt. No. 18.

Having reviewed the competing motions before the Court, it appears that Joffe does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Joffe's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

1

Dated:  December 9, 2024

Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for Stephen Joffe*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Stephen Joffe*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Stephen Joffe*

**CERTIFICATE OF SERVICE**

This is to certify that on December 9, 2024, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
