**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MICHAL HOLZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE INC., LIDIANE JONES, WHITNEY WOLFE HERD, and ANURADHA B. SUBRAMANIAN,<br><br>Defendants. | Case No.: 1:24-cv-01131-RP |

**MATTHEW ROBERTS' REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

On November 25, 2024, movant Matthew Roberts ("Mr. Roberts") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel in the above-refenced action (the "Action"), stating that he had suffered a financial loss of $26,693.20 in connection with his purchases of Bumble Inc. ("Bumble") securities between November 7, 2023 and August 7, 2024, inclusive (the "Class Period"). *See* ECF No. 13. Two other lead plaintiff movants filed motions, but they ultimately filed a notice of non-opposition or withdrew their motion, leaving only Mr. Roberts.[1] On December 9, 2024, Mr. Roberts filed an opposition to the competing motions. *See* ECF No. 29.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief

---

[1] On December 5, 2024, movant Matthew Dixon withdrew his motion. *See* ECF No. 28. On December 9, 2024, movant Stephen Joffe filed a notice of non-opposition stating that, "it appears that Joffe does not have the "largest financial interest" in this litigation within the meaning of the PSLRA." *See* ECF No. 30.

sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Roberts' pending motion is unopposed, Mr. Roberts respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Roberts as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired Bumble securities during the Class Period; (2) approving Mr. Roberts' selection of Levi & Korsinsky, LLP as Lead Counsel for the Class and Condon Tobin Sladek Thornton Nerenberg PLLC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: December 13, 2024                Respectfully submitted,

                                        **CONDON TOBIN SLADEK**
                                        **THORNTON NERENBERG PLLC**

                                         */s/ Stuart L. Cochran*
                                        Stuart L. Cochran
                                        Texas Bar No.: 24027936
                                        8080 Park Lane, Suite 700
                                        Dallas, Texas 75231
                                        Telephone: 214-265-3800
                                        Facsimile: 214-691-6311
                                        Email: scochran@condontobin.com

                                        *Liaison Counsel for Matthew Roberts and Proposed*
                                        *Liaison Counsel the Class*

                                        **LEVI & KORSINSKY, LLP**
                                        Adam M. Apton (*pro hac vice* forthcoming)
                                        33 Whitehall Street, 17th Floor
                                        New York, NY 10004
                                        Tel.: (212) 363-7500
                                        Fax: (212) 363-7171
                                        aapton@zlk.com

                                        *Counsel for Matthew Roberts and Proposed Lead*
                                        *Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, December 13, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran