**FILED**
December 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAL HOLZER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE INC., LIDIANE JONES, WHITNEY WOLFE HERD, and ANURADHA B. SUBRAMANIAN,<br><br>Defendants. | Case No.: 1:24-cv-01131-RP |

## ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL

WHEREAS, the above-captioned securities class actions has been filed against Bumble Inc., et al. (collectively "Defendants"), alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on September 24, 2024, Plaintiff in the first-filed action caused notice to be issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on November 25, 2024, Matthew Roberts ("Movant") moved the Court to: (1) be appointed as Lead Plaintiff in the above-captioned action (the "Action"); and (2) approve Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Condon Tobin Sladek Thornton Nerenberg PLLC ("CTSTN") as liaison counsel for the Class and;

WHEREAS, the PSLRA provides, inter alia, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class

and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finds that Movant has the largest financial interest in the Action and satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23; 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

**IT IS HEREBY ORDERED THAT:**

**I.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1.   Movant has moved this Court to be appointed as Lead Plaintiff in the Action and to approve the counsel he retained to be Lead Counsel.

2.   Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movant is the most adequate plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints Movant as Lead Plaintiff to represent the interests of the Class.

3.   Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firm Levi & Korsinsky to serve as Lead Counsel and CTSTN to serve as Liaison Counsel. The Court approves Movant's selection of Lead and Liaison Counsel for the Action.

4.   Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

   a. to coordinate the briefing and argument of any and all motions;

   b. to coordinate the conduct of any and all discovery proceedings;

   c. to coordinate the examination of any and all witnesses in depositions;

   d. to coordinate the selection of counsel to act as spokesperson(s) at all pretrial conferences;

  e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

  f. to coordinate all settlement negotiations with counsel for Defendants;

  g. to coordinate and direct pretrial discovery proceedings, preparation for trial, and trial of this matter and delegate work responsibilities to selected counsel as may be required;

  h. to coordinate the preparation and filings of all pleadings; and

  i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the action.

5. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

6. Service upon any plaintiff of all pleadings, motions, or other papers in the action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

7. Lead Counsel shall be the contact between plaintiffs and plaintiff's counsel and Defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

## **NEWLY FILED OR TRANSFERRED ACTIONS**

8. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. Make the appropriate entry in the docket for this action.

9. Each new case arising out of the subject matter of this action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

10. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED:**

Dated: <u>December 19</u>, 2024

                                                THE HONORABLE ROBERT PITMAN
                                                UNITED STATES DISTRICT JUDGE